## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | | |
|---|---|---|
| EDWIN C. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| RESIDENTIAL CREDIT SOLUTIONS | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Residential Credit Solutions, Inc. ("RCS"), by counsel, pursuant to 28 U.S.C. §§ 1441, et seq., hereby removes to this Court the action entitled Edwin C. Coleman v. Residential Credit Solutions, Civil Case No. 24-C-13-004527, filed in the Circuit Court for Baltimore City, Maryland.  Copies of Plaintiff's Complaint and Summons, constituting all process, pleadings and orders served upon or received by Defendant RCS are attached as Exhibit A.

### THE PARTIES

1.       Upon information and belief, Edwin C. Coleman is an individual and citizen of Maryland.

2.       RCS is a Delaware corporation, with its principal place of business in Texas.

### THE COMPLAINT

5.       On or about July 15, 2013, the Plaintiff filed a complaint against the RCS in the Circuit Court of Baltimore City, Virginia.

## SERVICE OF THE COMPLAINT

6.      Defendant PFC first received a copy of the Complaint, the initial pleading setting forth the claims, less than thirty (30) days ago.  This Notice of Removal is timely because it has been filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b).

## JURISDICTION

7.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.  This civil action arises under federal law, as it purports to state claims under the Truth in Lending Act (TILA), 15 U.S.C. § 1601, et seq., the Real Estate Procedures Act (RESPA), 12 U.S.C. § 2601, et seq., the Home Ownership and Equity Protection Act (HOEPA), 15 U.S.C. § 1639, and the Equal Credit Opportunity Act, 15 U.S.C. § 1691, et seq.

8.      This Court also has supplemental jurisdiction over this action pursuant to 28 U.S.C. § 1367 because the matters alleged in the Complaint are part of the same case or controversy.

9.      Annexed to this Notice, in accordance with 28 U.S.C. § 1446, are copies of all papers, pleadings and orders received by the Defendants.

10.      Defendant PFC will file a copy of this Notice with the Clerk of the Circuit Court for Baltimore City, Maryland, in accordance with 28 U.S.C. § 1446(d).

11.      RCS expressly reserves all rights and defenses relating to Plaintiff's claims.

WHEREFORE, Defendant Residential Credit Solutions, Inc., removes this action from the Circuit Court for Baltimore City, Maryland, to this Court pursuant to 28 U.S.C. § 1441.

RESIDENTIAL CREDIT SOLUTIONS, INC.
By Counsel

RATHBUN & GOLDBERG, P.C.
10427 North Street, Suite 200
Fairfax, Virginia  22030
(703) 383-9580
(703) 383-9584 Fax

By: _____
       Peter I. Grasis, Esq. (Bar No. 15850)

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2013, a copy of the foregoing Notice of

Removal, with Exhibit A, was mailed, first class mail, postage prepaid, to:

Edwin C. Coleman
856 Whitmore Avenue
Baltimore, Maryland  21216

_____
Peter I. Grasis

3