FILED: May 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1013
(1:13-cv-02400-JFM)
_____

EDWIN C. COLEMAN

    Plaintiff - Appellant

v.

RESIDENTIAL CREDIT SOLUTIONS

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered March 28, 2014, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*